# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-50227
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 27, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDGAR ORLANDO VILLASENOR-SANCHEZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-1832-1

_____

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Edgar Orlando Villasenor-Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villasenor-Sanchez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50227

therein, as well as Villasenor-Sanchez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.